

# United States District Court
# Eastern District of California

| Daisha Hatton | | Case Number: 1:23-cv-01039-JLT-BAM |
|---|---|---|

Plaintiff(s)

V.

APPLICATION FOR PRO HAC VICE
AND ORDER

National Credit Systems, Inc.

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Katrina M. DeMarte hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

National Credit Systems, Inc.

On 11/18/2016 (date), I was admitted to practice and presently in good standing in the Highest Court in Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

PHV Application anticipated being submitted in case 1:23-cv-01241-BAM

Date: 10/02/2023    Signature of Applicant: /s/ Katrina M. DeMarte

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Katrina M. DeMarte |
| Law Firm Name: | DeMarte Law PLLC |
| Address: | 39555 Orchard Hill Pl |
| | Suite 600 / PMB 6338 |
| City: | Novi    State: MI    Zip: 48375 |
| Phone Number w/Area Code: | (313) 509-7047 |
| City and State of Residence: | Highland, Michigan |
| Primary E-mail Address: | katrina@demartelaw.com |
| Secondary E-mail Address: | neal@demartelaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeffrey Alan Paris |
| Law Firm Name: | Paris and Paris, LLP |
| Address: | 11901 Santa Monica Blvd |
| | Suite 517 |
| City: | Los Angeles    State: CA    Zip: 90025 |
| Phone Number w/Area Code: | (310) 392-8722    Bar #: 113527 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/3/2023

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT