UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daisha Hatton , <br><br> Plaintiff, <br><br> v. <br><br> National Credit Systems, Inc., <br><br> Defendant. | Case No. 1:23-cv-1039 JLT BAM <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED against defendant National Credit Systems, Inc. in favor of Daisha Hatton in the amount of $6,500.00 pursuant to the Notice of Acceptance with Offer of Judgment (document # 10).

October 23, 2023 — KEITH HOLLAND, CLERK

By: /s/  J. Donati, Deputy Clerk